SALTSER & WEINSIER, INC., Appellant, *v.* MONROE PLUMBING & HEATING SUPPLY CORP. et al., Respondents, and JOSEPH KATZ, Defendant.

Argued May 20, 1943; decided June 18, 1943.

*Joseph Katz* and *David L. Raider* for appellant.

*Morris Eisenstein* and *Fred G. Morritt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.